**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFERY STUART KILGORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-3493 (UNA) |
| | ) | |
| UNITED STATES GOVERNMENT *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM OPINION</u>**

This action, brought *pro se*, is before the Court on review of Plaintiff's complaint, ECF No. 1, and application to proceed *in forma pauperis* (IFP), ECF No. 2. For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff alleges that on January 5, 2023, "Donald Trump ex President shot at me 2 times at McPherson State Park." Compl., ECF No. 1 at 4. Plaintiff "reported" the incident "to the Secret Service 2-3 times that week." *Id*. He appears to seek an investigation of the Secret Service and $1 million. *See id*.

A complaint determined, as here, to lack "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), is appropriately dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). Because no "allegation of other facts" could plausibly cure the deficiencies of the complaint, this

case will be dismissed with prejudice.  *Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996)

(per curiam).  A separate Order accompanies this Memorandum Opinion.


_____/s/_____
RUDOLPH CONTRERAS
Date: February 13, 2025                               United States District Judge